Commonwealth *v.* Lester, Appellant.

Submitted March

18, 1974. *Barry H. Denker,* and *Shuman, Denker and Land,* for appellant; *David Richman* and *James Garrett,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.